UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SBFO OPERATOR NO. 3, LLC, et al., | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) Case No. 4:19-cv-03271-JAR |
| ONEX CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

# **MEMORANDUM AND ORDER**

Currently before the Court is a Motion for Clarification filed by Defendants Onex Corporation and Onex Partners IV, LP. (Doc. 22.) Those defendants represent that Plaintiffs' counsel stated to them that their corporate disclosure statements did not comply with Local Rule 2.09. (Doc. 22 at ¶ 2.) However, no objection or issue has been raised before this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall, **within seven (7) days of the date of this order**, file a memorandum stating whether and why they believe the corporate disclosure statement filed by Onex Corporation and Onex Partners IV, LP. do not comply with the local rule, including any supporting case law.

Dated this 11th day of February, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE