# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SBFO OPERATOR NO. 3, LLC, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-03271-JAR |
| ) | |
| ONEX CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM AND ORDER

Currently before the Court is a Motion for Clarification filed by Defendants Onex Corporation and Onex Partners IV, LP. (Doc. 22.) The Court notes that Plaintiffs filed a response on this date. (Doc. 23.)

Accordingly,

**IT IS HEREBY ORDERED** that Court's Order of February 11, 2020 (Doc. 24), is **VACATED**.

**IT IS FURTHER ORDERED** that Defendants shall, **within five (5) days of the date of this order**, file its reply, if any, to Plaintiffs' response.

Dated this 11th day of February, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE